**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

JOSEPH SMITH,                                                                             PLAINTIFF
ADC #127880

v.                               2:12-cv-00071-JMM-JJV

CORRECTIONAL MEDICAL
SERVICES; *et al*.                                                          DEFENDANTS

## **ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Motion for Preliminary Injunctive Relief (Doc. No. 10) is DENIED.

DATED this 29th day of August, 2012.

                                                                          _____
                                                                          JAMES M. MOODY
                                                                          UNITED STATES DISTRICT JUDGE