**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

JOSEPH SMITH,                                                                                PLAINTIFF
ADC #127880

v.                                       2:12CV00071-JMM-JJV

CORRECTIONAL MEDICAL
SERVICES; *et al*.                                                        DEFENDANTS

**ORDER**

Plaintiff, Joseph Smith, an inmate at the East Arkansas Regional Unit of the Arkansas Department of Correction has filed a *pro se* Complaint (Doc. No. 2) pursuant to 42 U.S.C. § 1983, alleging the Defendants were deliberately indifferent to his serious medical needs. Before the Court are several motions - Separate Defendant Wendy Kelley's Motion to Stay Discovery (Doc. No. 45), Plaintiff's Motion to Compel (Doc. No. 55), Plaintiff's Motion to Withdraw Motion for Extension of Time (Doc. No. 57), Plaintiff's Motion to Compel (Doc. No. 58), Plaintiff's Motion for Order (Doc. No. 59), and Plaintiff's Motion to Amend (Doc. No. 63).

Separate Defendant Wendy Kelley has filed a Motion to Stay her participation in discovery until the Court renders a ruling on her Motion to Dismiss. (Doc. No. 32.) In the interest of judicial economy and efficiency, the Motion is GRANTED. Separate Defendant Kelley is relieved from participating in discovery until the Court renders a ruling on her Motion to Dismiss.

After careful consideration of Plaintiff's Motions to Compel (Doc. Nos. 55 and 58), the Court finds they should be DENIED. Plaintiff must first confer with counsel for Defendants and request the information before filing a motion to compel.

Plaintiff was already allowed extra time to file his Response to the Motion to Stay. His Motion to Withdraw his Motion for Extension of Time (Doc. No. 57) is DENIED as moot.

Plaintiff's Motion for Order (Doc. No. 59) is DENIED. The Court sees no necessity to

categorize exhibits already a part of the record.

    SO ORDERED this 28th day of March, 2013.

                                                                _____  
                                                                 JOE J. VOLPE  
                                                                 UNITED STATES MAGISTRATE JUDGE